Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 8138 | **DATE** | 2/21/2002 |
| **CASE TITLE** | Sheri Crampton vs. Abbott LAbs | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Supplement to Memorandum Opinion and Order. But as an examination of the Opinion will reveal, nothing in Crampton's presentation to which Abbott now takes exception has played any role in this Court's ruling. Accordingly the Opinion stands as is, without any need for revision.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | Document Number |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | number of notices | |
| ✓ | Notices mailed by judge's staff. | | |
| | Notified counsel by telephone. | FEB 21 2002 | 41 |
| | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | |
| SN | courtroom deputy's initials | 2/21/2002 date mailed notice | |
| | Date/time received in central Clerk's Office | SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHERI CRAMPTON,                    )
                                   )
            Plaintiff,             )
                                   )
    v.                             )        No.  99 C 8138
                                   )
ABBOTT LABORATORIES,               )                              **DOCKETED**
                                   )
            Defendant.             )                              FEB 2 1 2002

SUPPLEMENT TO MEMORANDUM OPINION AND ORDER

After plaintiff Sheri L. Crampton ("Crampton") had filed the

final brief in conjunction with her cross-motion for partial

summary judgment against defendant Abbott Laboratories

("Abbott"), counsel for Abbott advised this Court's minute clerk

of Abbott's concern that a portion of Crampton's Reply Memorandum

required some response.  This Court waited a few days to receive

what it expected to be a <u>very</u> short submission (perhaps two or

three pages) in that respect, but when none was forthcoming this

Court assumed that Abbott's counsel had decided to let the matter

go, and it issued its February 19 memorandum opinion and order

("Opinion") in the regular course.

Within hours after the Opinion had been issued, Abbott's

counsel delivered to this Court's chambers its Surreply to

Plaintiff's Motion for Summary Judgment, an eight-page memorandum

with attached exhibits that takes issue with one facet of

Crampton's Reply Memorandum.  But as an examination of the

Opinion will reveal, nothing in Crampton's presentation to which

4

Abbott now takes exception has played any role in this Court's

ruling.  Accordingly the Opinion stands as is, without any need

for revision.

Milton I. Shadur
Senior United States District Judge

Date:  February 21, 2002